**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KEINO JOHNSON,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **HJB PARTNERS LIMITED PARTNERSHIP, and  344 SOUTH STREET CORP.,** | **NO.  18-500** |
| **Defendants.** | |

**O R D E R**

    **AND NOW**, this 22nd day of August, 2018, the Court, by Order dated July 25, 2018, having directed that plaintiff file a response to said Order to show cause for failure to make service of the Summons and Complaint on defendant, HJB Partners Limited Partnership, and plaintiff having failed to comply with the Order dated July 25, 2018, notwithstanding the passage of time for doing so, and the Court having stated that "[f]ailure to comply with this Order, or to show good cause for failure to make service, may result in the dismissal of the claims against defendant, HJB Partners Limited Partnership, without prejudice and without further notice.", and the Court noting that, with the exception of two (2) Orders dated July 25, 2018, no proceedings have been docketed since March 22, 2018, **IT IS ORDERED** that all claims asserted against defendant, HJB Partners Limited Partnership, are **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

    **IT IS FURTHER ORDERED** that copies of this Order shall be served by the Deputy Clerk on all counsel, on plaintiff Keino Johnson, and on defendant, HJB Partners Limited Partnership.

                               **BY THE COURT:**

                               **/s/ Hon. Jan E. DuBois**

                               **DuBOIS, JAN E., J.**