IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEINO JOHNSON,**<br>    **Plaintiff,**<br><br>    v.<br><br>**HJB PARTNERS LIMITED**<br>**PARTNERSHIP, and  344 SOUTH**<br>**STREET CORP.,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  18-500** |

# O R D E R

**AND NOW**, this 22nd day of August, 2018, the Court, by Order dated July 25, 2018, having directed that on or before August 15, 2018,  plaintiff file (a) a request for entry of default in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, and (b) a motion for entry of default judgment in accordance with Rule 55(b) of the Federal Rules of Civil Procedure, against defendant, 344 South Street Corp., and plaintiff having failed to comply with the Order dated July 25, 2018, notwithstanding the passage of time for doing so, and the Court having stated that "[f]ailure to comply with this Order, or to show good cause for failure to make service, may result in the dismissal of the claims against defendant, 344 South Street Corp., without prejudice and without further notice.", and the Court noting that, with the exception of two (2) Orders dated July 25, 2018, no proceedings have been docketed since March 22, 2018, and that by separate Order dated August 22, 2018, the Court dismissed all claims against defendant HJB Partners Limited Partnership, **IT IS ORDERED** as follows:

1.  All claims asserted against defendant, 344 South Street Corp., are **DISMISSED WITHOUT PREJUDICE** for lack of prosecution; and,

2.  The Clerk of Court shall **MARK** this case **CLOSED**.

**IT IS FURTHER ORDERED** that copies of this Order shall be served by the Deputy Clerk on all counsel, on plaintiff, Keino Johnson, and on defendant, 344 South Street Corp.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**